# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| KEVIN D. MILLER and JAMILA D. MILLER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF PLYMOUTH, et al., )<br>)<br>Defendants. ) | Civil Action No. 2:09-CV-205 JVB |

**ORDER**

Magistrate Judge Paul Cherry issued a Report and Recommendation (DE 495) on Plaintiffs' Joint Motion for Sanctions Against Plymouth Defendants for Discovery Abuses (DE 471). Judge Cherry recommended that the Court deny Plaintiffs' motion. In his order, Judge Cherry reminded the parties that any objections to the Report and Recommendation must be filed within fourteen days. To date, no objections have been filed.

Having reviewed Judge Cherry's well-reasoned Report and Recommendation (DE 495), the Court adopts it in its entirety. Accordingly, the Court-–

- denies Plaintiffs' request for default judgment in the Joint Motion for Sanctions Against the Plymouth Defendants for Discovery Abuses [DE 471]; and

- denies the remainder of Plaintiffs' Joint Motion for Sanctions Against the Plymouth Defendants for Discovery Abuses [DE 471].

SO ORDERED on December 15, 2011.

       s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge